# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

THOMAS SPARKS A/K/A ABDUALLAH
HAKIM EL-MUMIT

NO. 2023 KW 0241

**May 25, 2023**

---

In Re:     Thomas Sparks a/k/a Abduallah Hakim El-Mumit, applying
           for supervisory writs, 21st Judicial District Court,
           Parish of Livingston, No. 48,509.

---

**BEFORE:     GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

                              **JMG**
                              **EW**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT